IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SAKINA ANN HJERPE, | Civ. No. 6:22-cv-00351-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| CORVALLIS POLICE DEPARTMENT; OFFICER DOTTY; JOEL MASON; BLACK COP, | |
| Defendants. | |

AIKEN, District Judge.

*Pro Se* Plaintiff Sakina Ann Hjerpe seeks leave to proceed *in forma pauperis* ("IFP") in this action. ECF No. 2. On March 10, 2022, the Court dismissed Plaintiff's complaint with leave to amend within thirty days. ECF No. 7. Plaintiff was warned that failure to file an amended complaint within the allotted time would result in a judgment of dismissal. The Court granted Plaintiff several extensions of time, most recently on May 25, 2022. ECF Nos. 9, 11, 13. No amended complaint has been filed and the time for filing has now passed. In the absence of an operative pleading, the

Court DENIES the motion to proceed IFP as moot and DISMISSES this case without prejudice. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___6th___ day of July 2022.

       /s/Ann Aiken
       ANN AIKEN
       United States District Judge